# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-cr-47 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| BOBBY JOHNSON ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

Magistrate Judge Christopher H. Steger filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count 1 of the Indictment; (2) accept Defendant's guilty plea as to Count 1 of the Indictment; (3) adjudicate the Defendant guilty of possession of ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (Doc. 20.) Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 20) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count 1 of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count 1 of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on September 8, 2017 at 9:00 a.m. before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**